United States Equal Employment Opportunity Commission

CASE# 2022CCLO389

2020 FEB 21  PM 4:27

From: Keith Young,
5449 Clexton
ST. Louis, Mo 63120

To: ST. Louis District Office
1222 Spruce Street
Room 8.100
Saint Louis, Mo 63103

Date: _____

Subject: Review With Labor And Industrial Relations Commission
287.480, Rev. Stat. Mo., Cum. Supp. 1999 287.665, (R.S. Mo 1994),
et seq. Benefit Review. 288.210. R.S. Mo. 575.010 (6); Mo.
Const. Art. IV, s 12; s (S) 23.150 _ 23.170;

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 560-2020-00414 | Jeffrey S. Jones, Investigtor | (314) 539-7935 |

Equal Employment Opportunity Commission ST. Louis District Office

Date: Nov. 15,ᵗʰ 2019
536.087, R.S. Mo. Sup.
(1989)

Re: United Fruit & Produce
Case: 1897885

**EXHIBIT A**

IN THE CIRCUIT COURT OF ST. LOUIS CITY, STATE OF MISSOURI

Keith Young, Plaintiff,                          )

          v.                                       )

                               ) No _____

United Fruit & Produce Co. A Corpora-          )
tion, Distribution, Fruit and Vegetables 5-71-  )
Produce; United Packaging, Rommel Lopez,        )
et al, John Does, Defendants                    )

<u>WRIT SUMMARY</u>

Identify parties: Keith Young, 5449 Clexton, ST. Louis, Mo 63120;
Defendants. United Fruit & Produce Co. A Corporation, Distribution, Fruit
and Vegetables 5-71 Produce United Packaging, Rommel Lopez,
                           , et al, John Does.

Nature of underlying action: Tit. 42 USC. 1981, 1982, 1983, and 1985-86,
Tit. 42 USC 2000e-2 2000e-3 (MHRA), Mo. ANN. Stat. 213.055.-070,
Fair Labor Standard Act. 29 USC § 201 et al, etc.

Actions of Respondents: Respodents - defendant, among other things,
unlawfully reducing plaintiff's weekly pay-roll checks, by underi
paying / cutting Respondents Salory and thus discriminated against
plaintiff, money lower than the hours actually worked.

Relief requested: All money taken. including overtion, and to
maintain suit for violation & civil rights, return plaintiff's money,

This action has not been set for a court appearance.

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS, MISSOURI

Keith Young, Plaintiff,                                )
                                                        )
            v.                                          )
                                                        ) No. _____
United Fruit & Produce Co. A Corpora-                   )
tion, Distribution, Fruit and Aegetables 5-71-          )
Produce, United Packaging, Rommel Lopez,                )
et al., John Does, Defendants.                          )

## ENTRY OF APPEARANCE

The plaintiff, Keith Young, hereby formally et modoid munc diem, his appearance in the above entitled cause of action pursuant to rule. 55.27, V.A.M.R.

Respectfully submitted,

By: _____

Keith Young,



WHEREFORE, for the above and foregoing reasons, the plaintiff respectfully prays that this Hon. court to note, and issue orders allowing him to enter his appearance in this matter, for such further relief as the court deems, proper just and fair.

Respectfully submitted,

By: _____

IN THE CIVIL COURT ST. LOUIS CITY. STATE OF MISSOURI

Keith Young, Plaintiff,                          )
                                                 )
          v.                                     )
                                                 ) No. _____
United Fruit & Produce Co.. A Corpora-           )
tion Distributors. Fruit and Vegetables 5-71     )
Produce, United Packaging, Commissmer,           )
Rommel Lopez, et al, John Does, Defen-           )
dants.

CIVIL RIGHTS COMPLAINT UNDER SECTION (S) 1981. 1982. 1983
AND 1985, 1986, 1985 (2)(1),(3), 28 USCS 1346 (a) (i); 1996, 1997, Act of 1871

Mo. S. Ct. Rule , 53.01, Rule 43.01 (a), 55.01.-10; 73.01 (c),(b); 73.-
01.1 (b), VAMR; 537. 705.1 (1) (2); 375. 906; 483.130; 506. 51Q;
508.040 ; 143.011, R.S. Mo. 28 USC 1391, 537.086, et seq. 55.21 (b) 53.-
03 (a);

1 The plaintiff, Keith Young, herein and above entitled cause of
action, brings his cause pursuant to ss Tit. 42 USC 1981, 1982,
1983 and 1985 - 86. Tit. VII 42 USC 2000e - 2; 2000e - 3 (MHRA).
Missouri Human Rights (MHRA) Mo. ANN. Stat. 213.055. - 070 Fair
Labor Standard Act. 29 USC ss 201, et seq. 29 CFR. 541. 203. - 502,
et seq. (a) 29 U.S.C / USC ss 1001 - 1461. 29 USC 1132, et seq.,
(a) and 44 of INVESTMENT ACT of 1947. 29 USC s 185; sec. 301
of LABOR MANAGEMENT. Miller Act. 49 Stat. 793, as
amended 80 Stat. 1139. 40 USC s 270 a et seq, 28 USC ss
1333. 1343 (3). 1346 (a) (i). 213. 065. 213. 070. 213.040. 213.-
045. 213. 050. Mo Rev. Stat." INVESTMENT ACT 401 (k)"
512.180 (1) or (2); 512.190, et seq.; R.S. Mo. Const. art. V, s 2 (5), et seq,
506. 150, R.S. Mo., Chapter 42   478. 225, et seq. Rule (s), 55.10.- 12;
28 USC ss 1992, 1450; 536. 010 (4) 575. 010 (6) 541.191, R.S. Mo. Cum.
Supp. 1989. 536. 010 (2); 538. 205 (R.S. Mo 2000), R. 55.01;

All Exhibits "EX", are attached hereto, made a part hereof this complaint, and are incorporated and adopted, and referred to as "EX, marked from A-Z, to the complaint, Will be further referenced later,

## Parties

The plaintiff, Keith Stanley Young, is at all times relevant to this complaint, were an employee, as defined by Mo R.S. 287.-020.1, (Supp. Cum. 2008) incorporated exclusive of dependent 287.200.1. Rev. Stat. Mo., plaintiff, were employed by/at United Fruit & Produce Co. A Corporation, Distributor's, Fruits and Vegetables 5-71, United Packaging, their commissors, 55 Produce Road, ST. Louis, Mo. Plaintiff Young, is a citizen of Missouri, and the United States, residing in the state of Missouri, arose it

Defendant Rommel Lopez, the manager or owner of United Fruit Co., Fruit and Vegetables, United Packaging, Commissners is at all times relevant to this cause of action arose was so in office acting under color of Missour law, as manager or owner, is a citizen of Missouri and it is unknown whether defendant Lopez, is a citizen of Missouri and the United States

_____
On _____ 2019, plaintiff was provided a service letter from EEOC. as set out in 290.140, R.S. Mo., were revied by labor & Industrial Relations Com. pursuant to 287.480, R.S. Mo (supp. Cum. 1999), 287.665, (R.S. Mo. 1994), 288.210.

It is unknown whether defendant Lopez is a resident residing in Missour, he is being sued both his indivitual and or official capacties;

Defendant Mary Rutledge    the mameaer or clerk of United Fruit & Produce, Co., Fruits and Vegetables, United Packaging, is/were at all times relevant to this cause of action arose was so in office acting under color of Missouri State law, it is unknown whether or not Rutledge,        is a citizen of Missouri and the United States. or whether or not defendant R resides in Missouri she is being sued both in her indivitual and or officities capacties

Defendant (s) John Doe, who is plaintriff direct superviser, or worker, is at all times relevant to this cause of action arose was so in office acting under color of Missouri State law, it is unknown whether or not John Doe (s) is citizen (s) of Missouri and the United States. and unknown whether or not John Doe (s), resides in Missouri, they are being sued both their indivitual and or official capacties.

Defendant RE-POLY LLC, the defendants partner or other relation, as a whole of defendants, in its / their capacity as either conservation or insurer. is/were at all times relevant to this cause of action arose was so in office acting under color of Missouri State law, it is unknown whether or not RE-POLY LLC is a citizen of Missouri and the United States or whether or not defendant RE-POLY LLC, resides in Missouri, and are being sued both in its indivitual, and, o officicities / conservation and insurer. capacties. Plaintiff alleges in the alternative, he sue defendants in its official capacity as a home rule municipal corporation. 28 USC (s) 1331(a)(1391(a), 1291, 1292 (a)(1);

\*
Plaintiff sue also on behalf of his constutuent members if those members could have sued individually.



Ground(s) / Fact(s):
Res Litigiosæ

1  Plaintiff's allege and charge(s) his / their claims, are in one or more, in whole or part, turpis cause, either paragraphs " paras", or none (paras), alternatively, or hypothetically are as FOLLOWING: Ad litems

-4-

<u>General</u>

1. Para (one), Plaintiff charges defendant (s) with discrimination, in variety of forms, conditions, or ways, singled plaintiff out on my race, gender or membership in protected groups, in violation "viol." of Tit. VII of the civil rights Act of 1964, as amended. 42 USC ss 2000 e et seq., and 42 USC s 1981, a broad pattern of racial, ethnicity, or cultural orientation in employment, and were deliberate concealment, extrinsic fraud, or other chicanery;

2. Plaintiff worked at my job for defendants five (5) days a week. Monday through Friday at 2:00 p.m., to 12:00 a.m. (midnight), and Sunday (s) at 6:00 a.m., to 3:00 p.m., a total of 50 to 56 HOURS. See, Check-stubs and punch-out-time-record(s), a proper foundation for the introduction of this documents and records are being lay (EX. A-A)

3. Plaintiff contends that defendants records and plaintiffs pay-check stub (s) does not reveal on accurate or correct and verbation account, and nor estimation and calcution of the hours actually worked, in that defendant

-5-

defendants fraudulently misrepresented value / hours of work actually performed in order to take and obant monies of a large-scale of sum of money from weekly pay check of Plaintiff; Viol., for 14th, and Eleventh Amend.,

4. Plaintiff charges that defendants "devailing plaintiff's eared solary hours-time and work produce credits for time hours completed, from a "valuable chose in the action" to objects of reduced value / hours, this constructively restructured plaintiffs pay check hours and taxes and defendant's Financial gain.

5. Plaintiff contends that defendants were "converting plaintiff's property in viol., constituting the taking clause, of the Fifth, and 14th Amend.s, procedural and substantive due process, were class-based intentional invidious discriminatory animus - treatment;
5. (ii) Plaintiff were deprived of liberty interest relating to Financial stability and Family sanctity; had a property interest in his earnings/pay checks, and employment;

6. Plaintiff asserts that defendant(s) Rommel or some other defendants Failed to properly train and supervise their employees namely defendant Rutledge or other John Does who make-out pay-roll checks. Withholding taxes under, 28 USC 3505

7.

"Gross income" 26 U.S.C. § 61 (a) unlawfuly altering plaintiff's job take - home, cutting, reducing and otherwise interfering with plaintiff's personal life affairs and personal choice(s) . . . , viol. plaintiff's First Amend, procedural and substantive due pro-cess, and the shortening, cutting, and reducing plaintiff's pay checks, caused plaintiff economic duress has suffered great period(s) of unemployment, Housing matters due to Financial unstable ability, etc.

taking plaintiff's earned wages was procurred by Dolus latet in generalibus, Fraud went to manner on which judgment was procurred, Fraud prevented unsuccessful plaintiff from presenting his case or defense. State ex rel Mo - Nebraska Exp, 876 S. W 2d 730 (Mo 1994); Orrock 813 S W 2d 929 (Mo App. 1991)

Were unjust enrichment.

7. Plaintiff alleges that he should / must have been paid a pre-determined and fixed salary that is not subject to reduc-tion because of variations in the quality or quantity of work performed (the "salary basis test) the amount of salary paid must meet a minimum specified amount.

7. Plaintiff worked more than 40 hours in a week, overtime pay of at least 1.5 times the regular rate of pay is also govern by

8. Plaintiff charges that acts were off- repeated, errors, mistakes or misprisions of defendants, and checks times were vague, ambiguous and overbroad, evidencing or manifesting a presistent disregard of regulation or rules and stat., and defendant Rommel or other John doe defendant's tactic. authorization of such misconduct by defendant's policy-makers official after notice to the defendants of that misconduct and that plaintiff was injur by acts pursuant to defendant's custom, i.e. that the custom was the moving force behind the Const., viol., and defendants were grossly negligent in supervicing or maintaining subordinat who caused the unconst., conditions or events, because they were confiscatory personal funds, and tax money,

9. Plaintiff charges that there existed an agreement, a plan, or scheme, meetings of the minds between private or other un-known John Doe and a corroborate to use these acts or inactions or omissions to so curtail plaintiff precious rights, even those expressly conferred or reasonally implied by stat., to viol clearly established const., or stat., rights.

Plaintiff charges that defendant Lopez, or other Doe defendants activelly and knowingly, as required for a respondent superior liable, in that plaintiff had / has parallels liber-ty interest (s), that were viol.,

10. Plaintiff alleges that defendants corporation or insurer acted as both the insurer and the claim Fiduciary or other position (s), allowed money to be taken, the decisions was compromised by either an inherent conflict of interest or of the meetings of the mind, and subject to a heightend standard of review.

" Plaintiff was not protected by a "elaborate" and "comprehensive" civil service system, in which "const: challenge to agency action, Failure - to - train and deficiences in defendants policy, customs, or other programs / procedures were "the moving force behind defendant's deprivation of plaintiff's Fourth Amend."

1/
_____

Plaintiff contends that his lost wages or loss earnings capacity is defined as "economic damages."

11. Plaintiff alleges that defendants absolutelly prohibited plaintiff from receiving proper pay or otherwise acted beyond the scope of the defendants responsibilty

12. Plaintiff contends that he was deprived of the right to Future employment or denied enjoyment of otherwise good health due directly to negligance of defendants, action involved has denied plaintiff "the pursuit of happiness of enjoyment of the goins of my own industry.

13. Plaintiff alleged that respondents acted with subjective deliberate, indifference the taking of my monies and other acts or inactions and omissions of defendents was unlawful. and it was clearly established at the time it (they) took place, thus viol plaintiff's clearly established stat., or const. right of which a reasonable person would have known, impermissibilty of defendants action at the time they were taken a "reasonable official" would understand that what he or she is doing viol., that const., right," or that "in the light of preexisting law the unlawfulness" of the action was" apparent".

14. Plaintiff contends that defendants are liabel for withholding, failing. taxes or failing to report hours Unlawfully taken from me." by only paying me for 40 hours weakly when in fact worked 57 - 56 hours and (a week). and overtime is inconsistent, conflick or contradict hours worked or were not accurately consistly, nor properly reported, thus improperly paid plaintiff, the tax money which were required to be collected were not, under Mo. R. S. 131. 555. Were willful fraud.

15. Plaintiff was deprived of protected liberty or property interest, and such deprivation occurred without the required due process of law. There were either a Stat., or departmi                    mandated duty. viol. of the contracts clause, U. S. Const. art. 1, s 10

16. Defendants were neligent and not a neutral and detached officer

-10-

17. Defendants actions or inaction caused plaintiff's pay checks to be irregular, casual, and unpredictable, thus viol. or breach prevailing wage law(s) 290.210, and or other contractor(s) law, 290.340. R.S. Mo.

18. Plaintiff alleges that defendants had separate wage scale for either new employees or persons who are now - hispanic; were thus unequal; defendants were mistaken or ignorance of material facts; Defendants breach of a "fiduciary" duty;

19. Plaintiff's was denied due process. which required that, at some stage of the proceedings, before the taxes or pay- checks becomes irrevocably fixed or tampered with, plaintiff shall have an opportunity to be heard of which he must have notice, the time and place of the proceedings or other in the assessment, apportion and collection of tax, pay check(s) defendant's conduct was ministerial;

20. Plaintiff alleges that defendant Rommel were personally in- volved in or had responsiblty for in incident were neligent or wilful and wanton behavior and thus failed to properly train or supervise its employees;

21 Plaintiff alleges purposeful, unreasonable, and intentional or arbitrary discrimination

22. Plaintiff alleges that defendants possessed a sufficient culpable state of mind, the defendants knew or should have known, were acts of pretextual discrimination, or hostile work environment or unfair business practices, viol. equal pay under 290.400, et seq., V.A.M.S. Const. Art. I, s 2, and affected cost of living of plaintiff component, s 50.333., R.S.Mo.;

23. Plaintiff contends defendants breach of duty to maintain complete and accurate, verbatim record (s) of their employees pay-roll checks and history. See EX.
Plaintiff's "gross" income were always inaccurate or incorrect, an affirmative material misrepresentation, and created significant discrepancies and inconsistencies, and contrary to the hours actually worked, and check stubs, and defendant's answers concerning the amount-number(s) of hours worked by plaintiff every week "weekly"; were "unjustified position(s)";

24 (i). Plaintiff alleges defendants breached ministerial duties imposed by stat. regulation (s) or departimenal mandated duties. 287.200. I.; 287.230.3, Rev. Stat. Mo,;

(ii). Defendants are being suited for defamation, invasion of private property, intentional infliction of emotional distress;

25 Plaintiff charges and suspect a Fault or other
                                    with defendant's examiners or
others qualifications and competency in this/ these
specialized Field is lacking, because my earnings and
other work, bonuses, benefits, and other opportunities, invest-
ments that are available were not equally provided to plaintiff
that were given to hispanic and as such plaintiff was injured
and defendant breach their duty


Judgment or other decisions of defendants were in bad faith
was procurred by fraudulent, unconscionable acts on the
part of defendants, there are irregularities patent on the
Face of the record.


Plaintiff alleges there were "suspect classification" was
in use or that the aim of act(s) were to curtail const.,
protected property, speech and other civil rights, were
willfully and maliciously. viol. in contravention of 8 USCS
ss 41, 43 and 47 (3), Fourteenth Amend.

1-25. Plaintiff is similarly situated to others who received more fa-
vorable treatment. Defendants engaged in invidious dis-
crimination against plaintiff based on race, religion,
national origin other protected group;


2-25. Plaintiff contends that defendants knew or should have
known, were acts of pretextual discrimination, or hostile-
(bias) work environment, or unfair business practices, and
viol., equal pay. 290.400, et seq., V.A.M.S., Const. Art. 1,
s 2, and affected cost of living of plaintiff;


3-25 Plaintiff alleges discrimination in the promotions, discipline
and assignment of minority workers, and seniority area,


26 Plaintiff contends that there is/were problems
with idonietas (defendants) are issues,
and that by what were the exact application by which
defendants waging plaintiff's tax on W-2-2019,
were "a copy -- duplicate" of his original W-2,


- 14 -

24. Plaintiff contends that defendant's company's discrimination in employment against all "either blacks, or employees coming out of, or living in St. Louis tran                rest- ed upon company's records of having hired relativly few blacks, and those as janitors or common laborer, viol. s 703(a) of the civil rights Act of 1964, 42 USCA 2000 e-2 (a); Plaintiff alleges unlawful employment practice relief under 706 (9) 42 USC 2000-e 5 (9). his woae (s) rates to that equal as that of other(s)                .... were receiving per hour (s)            ...... defendants applied differant or inconsistent, standards of compensation in viol., of 703 (h), 42 USC 2000-e-2 (h), were intentionally engaged in, in viol., of 706 (9). 42 USC e-5 (9). and failed to allow or cover plaintiff, in as a member of any such employer's labor organization (s), ss 703 (a), (2), 42 USC 2000 e-2 (a); 703 (c); 42 USC 2000e-2 (9, 703 (d); 42 USC 2000 e-2 (d); 42 USC 2000 e-2 (j) was codified in an important portion of Tit. VII. s 703 (j); in viol., of 105 (a) (5) and 609 of labor-Management reporting and disclosure Act of 1959 (LMRD H) 29 USCS 411 (a) (5), 529, nor was allowed to apply to be included in defendants training program (s), National labor relation Act. 29 USCS 158 (b) (1) (A) (b) (2) bv refusing to refer plaintiff to be drivers, f or other posision, because he was not a member, and were a pattern or practice of discrimination; plaintiff alleges that defendants breached and failed to cover plaintiff in its collective baraging agreement, breach of duty of fair representation under the National labor Relations Act (NLRA) 29 USCS 151 et seq.

28 Plaintiff had a valid defense to the defendants taken, or reducing his pay-roll checks, that he was prevented by extrinsic Fraud, accident, mistake, concealment or other chicanery from raising such defense. and that he had not been negligent in availing himself of it. Defendants were incompe inkpmpitent and breach of policy because refused to maintain records in a meaningful manner and were insubordinate in refusal to dicate or use proper, and accurte records as supervisor law had prescribed; Plaintiff was surprized concerring state of defendent acts, which effect me in a legal way, there acts were unexpected, He is free of neglect or lack of prudent.

29. Plaintiff applied to be, or defendants either prevented pre-cluded, or wilfully and intentionally refused to make plaintiff member(s) in defendants training program (s) as follows
etc. in viol. of
National Labor relations Act 29 USCS 158. (b) (1) (A) (b) (2), et seq..105 (a) (5) and 609 of labor managment reporting;

30. Plaintiff alleges that due to defendant's act or inactions, it's employees stock plan and saving plans confer on plaintiff by s 205 (a) of Employee Retirement Income Security Act of 1974, as amend by Retirement E-Quity Act of 1984. 29 USC 1055 (a); 42 USCS 2000a - 5 (f)(1) ; 971 F 52d 1084. Job training partnership Act 18 USCS proc. s 516.130 (1);

and disclosure Act of 1959 (LMRDA), 29 USCS 411 (a) (5), 529

31. Plaintiff alleges that defendants acts were either False, deceptive practices.                    .... as a result of their inactions, were de dolo malo, these public officials or employers breached ministerial duties imposed by the stat.. or regulation, policy or custom played roll in viol., of federal law were gender discrimination, under color of law, viol.. fifth and Fourteenth Amends.

32. Defendants labor organization apply different standards of compensation, Breached a duty independent of its employment relationship with plaintiff.
    s 13(a) of the FLSA, commonly referred to as the "white collar or "EAP" exemptions. Also the 455 per week standard." Regulations in eff., Nov. 30, 2016.

Plaintiff request Bifurcate issues of libility and punitive damages. Since Mo. Law permit separation upon request. Mo. Stat. Ann. 510.263(1), and request findings of facts, Rule 73.01, (a), (2), (b), (9);

Respectfully submitted
By: Keith S.

WHEREFORE, Plaintiff prays this Hon court to enter its orders granting his 42 U.S.C. § 1983, 1981, Ect., and for whatever other relief the court deems proper and equitable under the law along with his reasonable attorney's fees and costs.

Respectfully submitted,
By: Keith

17

Defendants were grossly neligent in mamageing subordinates who caused the unlawful condition or event;

Plaintiff contends that procedure viol., my due process substantive due process, and were unconst., vague being it was confiscating;

There were serious deficiences, contradictories in her record keeping and documentation regarding plaintiff's paychecks or other inconsistencies and the making of said paychecks;

1. As a direct and approximate cause of defendant's negligence plaintiff suffered / caused mental anguish in the amount of $19,986,5, for pain and suffering and back pay;

2. As a direct and approximate cause of defendants gross negligence plaintiff suffered damages in the amount of $ 59,5000,60, for punitive damages;

3. As a direct and approximate cause of defendants negligence caused plaintiff suffering compensatory damages in the amount of $ 4,999.90.

4. As a direct and approximate cause of defendants negligence plaintiff is entitled to 591,200.00, for Financial economic monetary value damages;

5. As a direct and approximate cause of defendants negligence plaintiff is entitled to 100,4900.50, for general damages;

6. As a direct and approximate cause of defendant's negligence plaintiff is entitled to economic damages in the amount of $ 100,4461,00;

7. Plaintiff further request his attorney fees pursuant to $ 529.060, R.S.Mo., in the amount of $ 406.111;

8. Plaintiff request $ 5,844.33, for fees together with pre-judgement and post-judgement interests, and court costs extended therein; pursuant to 408.040 (2005), R.S. Mo;

WHEREFORE, for the above and foregoing reasons, plaintiff respectfully prays that this Hon. court grant and find that defendants deprived plaintiff of const. property interests and civil rights. in that defendants were neligent in maima         subordinates, and a direct and approximate caused plaintiff's injuries, causing mental anguish in the amount of 19.986, for pain and suffering.

As a direct and approximate cause of defendants gross negligence plaintiff suffered damages in the amount of $59.5000.60, for punitive damages;

As a direct and approximate cause of defendants negligence plaintiff is entitled to 100.4900.50, for general damages;

As a direct and approximate cause of defendants negligence caused plaintiff suffering compensatory damages in the amount of $4.999.90;

As a direct and approximate cause of defendants negligence plaintiff is entitled to economic damages in the amount of $100.4461.00;

Fees under Equal Access to Justice Act, 1102, 28 USC s 1927 (1982) Equal Access to Justice, as amend. 28 USC s 2412 (d)(1) (1982) 3 (Supp III 1985)("EAJA");

For such further relief as the court deems proper, fair, and just, to grant plaintiff attorney fees pursuant to 529.060, R.S. Mo., in the amount

request for $5.844.33. for fees together with pre-judgment and post-judgement interests, and court costs extended herein, and cost

Respectfully submitted,

By: _Keith S. Young_

The undersigned hereby certify that a true, correct, and accurate copy of the above and foregoing was mailed, by placing it in an envelope postage prepaid, in the U.S. Mail of ST. Louis, Mo this 21 day of _Feb_ 2020 To:

ST. Louis, Mo.

Keith S.
Keith Young,
5449 Claxton
ST. Louis, Mo. 63120

## Certificate Of Service

The undersigned hereby certify that a true and correct copy of the above and foregoing attached was both Hand – delivered, mailed by placing it in an envelope postage prepaid, in the United States Mail this _____ day of _____ 20___.

Respectfully submitted,

By: _____

## VERIFICATION

State Of Missouri ⎫
City Of St. Louis ⎬ ss
⎭

I, Keith Young, the affiant in the above and foregoing action, and after being first duly placed under oath or affirmation, do hereby swear, certify that I have read the information and pleading, and based upon the affiants personal knowledge, information and belief formed after reasonable inquiry, it is well grounded in fact, and is a competent witness thereto, that the information, allegations and facts herein alleged and stated are in good faith, and are true, correct, and accurate according to the best of affiant's ability, information, and belief, and is made under the penalty of perjury.

Respectfully submitted,

By: _____
Affiant Signature

In testimony whereof, I have hereunto set my hand and affixed my official seal the day and year last written.

Subscribed  And  Sworn  To  Before  Me  This  11th  day  of _____

February  20 20 .

Signature  Of  Notary  Public  For  Said  County, City  And  State

Sandra James _____

Signature  Of  Affiant

My  Commission  Expires: _____

SANDRA JAMES
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis City
My Commission Expires: September 16, 2023
Commission Number: 19022015

VERIFICATION

State Of Missouri      )
                       )   ss:
City OF St. Louis      )

## AFFIDATIT IN SUPPORT OF PETITION

I Keith Young the affiant in the above and foregoing action and after First being duly placed under oath or affirmation, do hereby swear and certify that I have read the pleadings, and based upon affiant personal knowledge, information, and belief Formed after reasonable inquiry, it is well grounded in fact. and that the information, allegations, and facts herein alleged and stated are in good faith and are true to best of affiants ability, information, and belief, correct and accurate and it is made under the penalties of perjury.

Respectfully submitted,

By _____
Keith Young

Subscribed And Sworn To Before Me This 11th day of February 20 20.

Signature Of Notary Public For Said County, City and State

_____

Signature Of Plaintiff - Affiant

_____

SANDRA JAMES
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis City
My Commission Expires: September 16, 2023
Commission Number: 19022015

STATE OF MISSOURI }
CITY OF ST. LOUIS } SS

<u>Notary Public</u>

On this 11th day of February, 2020 before me personally appeared _____ Keith Young _____ Affiant, to me known to be the person described in, and who executed the attached and foregoing instrument (s). and acknowledged that he executed the same as his act and deed, that any or all such documents refering and related to these issues in the affiant's petition suit/even defendant's policy, customs and procedures concerning and or covering, establishing rule(s) records. and others are and may be produced in these or any court of law, under ss 491.100, R. S. Mo (1969), s 491.270. R.S. Mo 1969 S.Ct. rule 57.19

By: _Keith Young_
    Affiant Signature

In testimony whereof, I have hereunto set my hand and affixed my official seal the day and year last written Subscribed And Sworn To Before Me This 11th day of February 2020.

_____
Signature Of Notary Public For Said County, City And State
My Commission Expires: _____

Signature Of Affiant
_Keith Young_

SANDRA JAMES
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis City
My Commission Expires: September 16, 2023
Commission Number: 19022015

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Keith Young<br>1621 N First St<br>St. Louis, MO 63102 | From: St. Louis District Office<br>1222 Spruce Street<br>Room 8.100<br>Saint Louis, MO 63103 |
|---|---|

| ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|
| EEOC Charge No. | EEOC Representative<br>Jeffrey S. Jones,<br>**Investigator** | Telephone No. |
| 560-2020-00414 | | **(314) 539-7935** |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On Behalf of the Commission

_signature_                                   **12-26-19**

**Lloyd J. Vasquez, Jr.**                     (Date Mailed)
**District Director**

Enclosures(s)

cc:
Lopez Rommel
Manager, Human Resources
UNITED FRUIT AND PRODUCE
55 Produce Row
Saint Louis, MO 63102

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS**   --   **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
the Genetic Information Nondiscrimination Act (GINA), or the Age
Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within
90 days** of the date you *receive* this Notice.  Therefore, you should **keep a record of this date**.  Once this 90-
day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to
consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope, and tell
him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely
manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as
indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate
State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide
after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short
statement of the facts of your case which shows that you are entitled to relief.  Courts often require that a copy of
your charge must be attached to the complaint you file in court.  If so, you should remove your birth date from the
charge.  Some courts will not accept your complaint where the charge includes a date of birth.  Your suit may include
any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters
alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in
some cases can be brought where relevant employment records are kept, where the employment would have
been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from
the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint
or make legal strategy decisions for you.

## PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back
pay due for violations that occurred **more than <u>2 years (3 years)</u>** before you file suit may not be collectible.  For
example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit
<u>before 7/1/10</u> – *not* 12/1/10 – in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA
suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.
Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA
claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

## ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction
in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be
made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your
efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above,
because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

## ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any
questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to
inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide
your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files
are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge
file, **please make your review request <u>within 6 months</u> of this Notice**.  (Before filing suit, any request should be
made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 560-2020-00414 |

**St. Louis Civil Rights Enforcement Agency** and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Keith Young** | **314-405-4221** | **1954** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1621 N First St, St. Louis, MO 63102** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **UNITED FRUIT AND PRODUCE** | **15 - 100** | **(314) 621-9440** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **55 Produce Row, Saint Louis, MO 63102** | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| **04-29-2019** | **11-24-2019** |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was employed by the above-named Respondent from about November 2018 until I resigned on or about November 24, 2019. My most recent position was Backliner and my most recent supervisor was Romel Lopez.

During my employment I was subjected to different terms and conditions of employment when I was denied the opportunity to perform tasks that others were allowed, i.e., operate a forklift. All the Hispanics that worked under Romel were allowed to operate the Forklift and they were given easier assignments. Additionally, Respondent stole money from my paycheck in November 2019 and as a result, I resigned.

I believe that I have been discriminated against based on my race, black, in that I was subjected to different terms and conditions of employment in violation of my civil rights under Title VII of the Civil Rights Act of 1964, as amended (Title VII).

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Dec 26, 2019**   *Keith [signature]* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date   Charging Party Signature | |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## PRE-CHARGE INQUIRY

For Official Use Only – Inquiry Number:
560-2020-0044

Thank you for contacting the U.S. Equal Employment Opportunity Commission ("EEOC"). The information you give us on this Pre-Charge Inquiry (Form 290A) will help us assist you and determine if your concerns are covered by the employment discrimination laws we enforce. Answer **all** questions completely and briefly. Please write clearly.

After completing this Pre-Charge Inquiry, **return it immediately** to the EEOC office identified in the cover letter to this Pre-Charge Inquiry, or to the receptionist if you are completing this Pre-Charge Inquiry in an EEOC office.

**Please note: This Pre-Charge Inquiry is not a Charge of Discrimination.**

The Pre-Charge Inquiry is **not intended** for use by applicants for federal jobs or employees of the US government. See http://www.eeoc.gov/federal/fed_employees/complaint_overview.cfm for discrimination complaints in federal jobs.

| | |
|---|---|
| **Personal Information** | First Name: Keith   MI: S   Last Name: Young<br>Home Phone: (314) 405-4221   Cell: (✓)   Email:<br>Address: 1621 N. First Street   Apt.:<br>City: St. Louis   County:   State: Mo   Zip Code:<br>What is the best way to reach you? By phone<br>What are the best days and times to reach you? Any time<br>Do you need language assistance? Yes ☐ No ☒<br>If so, what do you need? N/A<br>Date of Birth: 5/13/1954   Sex: Male ☒ Female ☐<br>General information about you that will allow us to serve all individuals better:<br>i. Are you Hispanic or Latino? Yes ☐ No ☒<br>ii. What is your race? Choose all that apply: American Indian or Alaskan Native ☐   Asian ☐<br>Black or African American ☒   Native Hawaiian or Other Pacific Islander ☐   White ☐<br>iii. What is your National Origin or ancestry? |
| **Who do you think discriminated against you?** | Employer ☒   Union ☐   Employment Agency ☐   Other Organization ☐<br>Organization Name: United Fruit and Produce<br>Address: 55 Produce Row   Suite:<br>City: St. Louis, Mo   County:   State: Mo   Zip Code: 63102<br>Name of Human Resources Director or Owner: Rommel Lopez<br>Email:   Phone: (314) 621-9440 |

ST LOUIS DISTRICT
2019 NOV 15 PH 12:05

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

| **What reason(s) were you given for this job action?** | Reason(s): _____<br>_____<br><br>Who told you this? _____ His or Her Job Title: _____ |
|---|---|
| **What is your job, previous job, or the job you applied for?** | Date Hired: ___/___/_____ Job Title at Hire: _____<br><br>Annual Pay Rate When Hired: _____ Last or Current Annual Pay Rate: _____<br><br>Job Title at Time of Alleged Discrimination: _____<br><br>Date Your Employment Ended: ___/___/_____ Select One: Quit ☐ Discharged/Laid off ☐<br><br>Name and Title of your Immediate Supervisor: _____<br><br>Job Applicants - What was the title of the job you applied for: _____<br><br>Date you applied: ___/___/_____ Date you found out you were not hired: ___/___/_____ |

**Was another person in the same or similar situation treated the same, better, or worse than you? EXAMPLES: Who else applied for the same job? Who else had the same attendance record? Who else had the same performance appraisal?**

| **Who was treated BETTER than you?** | 1. Name: _____ Job Title: _____<br>Email: _____ Check how they are different from you:<br>Race ☐ Color ☐ Religion ☐ Sex ☐ National Origin ☐ Age ☐ Disability ☐<br>How were they treated better? _____<br>_____ Date: ___/___/_____<br><br>2. Name: _____ Job Title: _____<br>Email: _____ Check how they are different from you:<br>Race ☐ Color ☐ Religion ☐ Sex ☐ National Origin ☐ Age ☐ Disability ☐<br>How were they treated better? _____<br>_____ Date: ___/___/_____ |
|---|---|
| **Who was treated WORSE than you?** | Name: _____ Job Title: _____<br>Email: _____ Check how they are different from you:<br>Race ☐ Color ☐ Religion ☐ Sex ☐ National Origin ☐ Age ☐ Disability ☐<br>How were they treated worse? _____<br>_____ Date: ___/___/_____ |
| **Who was treated the SAME as you?** | Name: _____ Job Title: _____<br>Email: _____ Check how they are different from you:<br>Race ☐ Color ☐ Religion ☐ Sex ☐ National Origin ☐ Age ☐ Disability ☐<br>How were they treated the same? _____<br>_____ Date: ___/___/_____ |

ST LOUIS DISTRICT OFFICE 2019 NOV 15 PM 12

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

IN THE _____ JUDICIAL CIRCUIT COURT, _____, MISSOURI

| Judge or Division: | Case Number: 2022-CC00387 |
|---|---|
| Petitioner: Keith Young | Petitioner's Address/Telephone: |
| vs. | |
| Respondent: United Fruit & Produce, Fruit & Vegetables, United Packaging, RE-POLY LLC; Rommal Lopez, Mary Rutledge, John Doe (s) | Respondent's Address/Telephone: |

2020 FEB 21 PM (Date-File Stamp)

## Motion and Affidavit in Support of Request to Proceed As a Poor Person

| Marital Status: | If Married, Spouse's name: | Number of dependents: |
|---|---|---|

### (Include Spouse's Income and Expenses if Married)

| Monthly Income | | Monthly Expenses | |
|---|---|---|---|
| Gross salary (before deductions) | $ 0 | ☐ Mortgage   ☐ Rent Payment | $ 0 |
| Public assistance | $ Food Stamp | Utilities | $ 0 |
| Retirement/Pension | $ 0 | Food | $ 180 |
| Social Security | $ 0 | Payment on debts & credit cards | $ |
| Child Support | $ 0 | Child Support | $ |
| Maintenance | $ 0 | Maintenance | $ |
| Other income to be considered | $ 0 | Medical expenses to be considered | $ |
| | | | |
| Total Monthly Income | $ | Total Monthly Expenses | $ |

| Assets | | Debts | |
|---|---|---|---|
| Cash on Hand | $ 0 | Home loan balance | $ |
| Bank Accounts: | | Automobile loan(s) | $ |
| Checking | $ 0 | Credit card balance(s) | $ |
| Savings | $ 0 | Other debts to be considered | $ |
| Approximate value of home | $ | | $ |
| And/or other real estate | $ | | $ |
| Approximate value of automobile(s) | $ | | $ |
| (1) yr/make _____ | | | $ |
| (2) yr/make _____ | | | $ |
| Approximate value of personal | | | $ |
| Possessions (list) | | | |
| _____ | $ | | |
| _____ | $ | | |
| _____ | $ | | |
| Total Assets | $ | Total Debts | $ |

I swear/affirm under penalty of perjury that these facts are true to my best knowledge and belief.

_2-11-20_
Date

_Keith Young_
Your Signature

4198

IN THE _____ JUDICIAL CIRCUIT COURT, _____, MIS

| | |
|---|---|
| Judge or Division: | Case Number: |
| Petitioner: Keith Young | Petitioner's Address/Telephone: |
| vs. | |
| Respondent: United Fruit & Produce, Fruit & Vegetables, United Packaging, RE-POLY LLC, Rommal Lopez, Mary Rutledge, John Doe(s) | Respondent's Address/Telephone: |
| | (Date File Stamp) |

## Order to Proceed As a Poor Person

☑ The Court, having considered the Motion and Affidavit in Support of Request to Proceed as a Poor Person, finds that KEITH YOUNG _____ is without sufficient funds or assets with which to pay the advance deposit for costs in this action and, therefore, is granted leave to proceed as a poor person and the required advanced deposit for costs is waived.

☐ The Court, having considered the Motion and Affidavit in Support of Request to Proceed as a Poor Person, finds that _____ has sufficient funds or assets with which to pay the advance deposit for costs in this action, and therefore, the Motion is denied.

_2 - 11 - 2020_
Date

_____
~~Commissioner~~/Judge
Div 1

FILED AS A POOR PERSON

# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: **2022-CC00389** | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>KEITH YOUNG | Plaintiff's/Petitioner's Attorney/Address<br>KEITH YOUNG<br>5449 CLEXTON<br>ST. LOUIS, MO 63120 | Special Process Server 2 |
| vs. | | Special Process Server 3 |
| Defendant/Respondent:<br> UNITED FRUIT & PRODUCE CO | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:**   UNITED FRUIT & PRODUCE CO
**Alias:**

**55 PRODUCE ROW
SAINT LOUIS, MO  63102**

*COURT SEAL OF*

**CITY OF ST LOUIS**

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**February 25, 2020**

_____                _____
Date                                                     Clerk

Further Information:

## Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with
_____, a person of the defendant's/respondent's family over the age of
15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                _____
Printed Name of Sheriff or Server                               Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____        _____
Date                                      Notary Public

**Sheriff's Fees, if applicable**
| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Case: 4:20-cv-00403-RLW Doc. #: 1-1 Filed: 03/16/20 Page 38 of 54 PageID #: 41

FILED AS A POOR PERSON



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC00389 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>KEITH YOUNG | Plaintiff's/Petitioner's Attorney/Address<br>KEITH YOUNG<br>5449 CLEXTON<br>ST. LOUIS, MO 63120 | Special Process Server 2 |
| vs. | | Special Process Server 3 |
| Defendant/Respondent:<br> UNITED FRUIT & PRODUCE CO | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** FRUIT & VEGETABLE UNITED PACKAGING CO
**Alias:**

**55 PRODUCE ROW**
**SAINT LOUIS, MO 63102**

*COURT SEAL OF*

CIRCUIT COURT OF MISSOURI

*CITY OF ST LOUIS*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**February 25, 2020**

_____
Date

_Thomas Kloeppinger_
_____
Clerk

Further Information:

## Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____
Date

_____
Notary Public

| **Sheriff's Fees, if applicable** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Case: 4:20-cv-00403-RLW   Doc. #: 1-1   Filed: 03/16/20   Page: 39 of 54 PageID #: 42

FILED AS A POOR PERSON

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC00389 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>KEITH YOUNG<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>KEITH YOUNG<br>5449 CLEXTON<br>ST. LOUIS, MO 63120 | Special Process Server 2<br><br>Special Process Server 3 |
| Defendant/Respondent:<br> UNITED FRUIT & PRODUCE CO | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | SAINT LOUIS, MO 63101 | (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to:  MARY RUTLEDGE
                  Alias:

55 PRODUCE ROW
SAINT LOUIS, MO 63102

*COURT SEAL OF*

CIRCUIT COURT OF MISSOURI

*CITY OF ST LOUIS*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**February 25, 2020**
_____
Date

_____
Clerk

*Thomas Kloeppinger*

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____

_____
Date

_____
Notary Public

| **Sheriff's Fees, if applicable** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

FILED AS A POOR PERSON

# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC00389 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>KEITH YOUNG | Plaintiff's/Petitioner's Attorney/Address<br>KEITH YOUNG<br>5449 CLEXTON<br>ST. LOUIS, MO 63120 | Special Process Server 2 |
| vs. | | Special Process Server 3 |
| Defendant/Respondent:<br> UNITED FRUIT & PRODUCE CO | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: JOHN DOE
Alias:

55 PRODUCE ROW
SAINT LOUIS, MO 63102

**COURT SEAL OF**

*(Court Seal)*

CIRCUIT COURT OF MISSOURI

**CITY OF ST LOUIS**

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**February 25, 2020**

_____
Date

*Thomas Kloeppinger*

_____
Clerk

Further Information:
_____

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____

_____
Date

_____
Notary Public

**Sheriff's Fees, if applicable**

| Summons | $_____ |
|---|---|
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI   FILED AS A POOR PERSON

| | | |
|---|---|---|
| Judge or Division:<br>REX M BURLISON | Case Number: **2022-CC00389** | Special Process Server 1 |
| Plaintiff/Petitioner:<br>KEITH YOUNG | Plaintiff's/Petitioner's Attorney/Address<br>KEITH YOUNG<br>5449 CLEXTON<br>ST. LOUIS, MO 63120 | Special Process Server 2 |
| vs. | | Special Process Server 3 |
| Defendant/Respondent:<br> UNITED FRUIT & PRODUCE CO | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  RE POLY LLC
        Alias:

**55 PRODUCE ROW**
**SAINT LOUIS, MO  63102**

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*CITY OF ST LOUIS*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**February 25, 2020**

_____          _____
Date                                                    Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server              Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____        _____
                                                Date                                    Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $    10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

FILED AS A POOR PERSON

# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC00389 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>KEITH YOUNG | Plaintiff's/Petitioner's Attorney/Address<br>KEITH YOUNG<br>5449 CLEXTON<br>ST. LOUIS, MO 63120 | Special Process Server 2 |
| vs. | | Special Process Server 3 |
| Defendant/Respondent:<br>UNITED FRUIT & PRODUCE CO | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: ROMMEL LOPEZ
Alias:

**55 PRODUCE ROW**
**SAINT LOUIS, MO 63102**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**February 25, 2020**

_____ Date

Thomas Kloppinger

_____ Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address).

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____

_____ Date

_____ Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**VERNON BETTS**

315-168 (Rev 7/17)

W/F 35

**SHERIFF**
**CITY OF ST. LOUIS**
**CIVIL COURTS BUILDING**
**10 NORTH TUCKER BOULEVARD**
**ST. LOUIS, MISSOURI 63101**
**622-4851**

DIV # 1

## Return of Service on Summons/Petition and Subpoena

**Defendant** UNITED FRUIT & PRODUCE CO.    **Doc. ID Number** 2?-SMCC-1124

**Address** 55 PRODUCE ROW    **Case Number** 2022-CC0C389

**Executed:**    [X] **Summons / Petition**    [ ] **Subpoena**

---

I hereby certify that I served the within **summons and petition** by:

[ ] Subpoena   **How Served:** _____

[ ] Posting copy of Summons and copy of Petition, to dwelling listed on above address.

[ ] Delivering a copy of the summons and a copy of the petition, to the Defendant/Respondent.
**How Served:** _____

[ ] Leaving a copy of the summons and a copy of the petition, at the dwelling place or usual abode of the Defendant/Respondent with a family member over the age of 15 years _____

[ ] Non-Est Reason: _____

---

[ ] For service on a **Corporation/Partnership**: by delivering a copy of the Eviction/Replevir /Writ of Possession to

[ ] An Agent and/or Appointed Agent: _____ (name) _____ (title).

[ ] A Partner: _____ (name) _____ (title).

[ ] A Managing or General Agent: _____ (name) _____ (title).

[ ] The person in charge of defendant's business office _____ (name) _____ (title).

[ ] The Registered Agent: _____ (name) _____ (title).

[ ] Non-Est Reason: _____

---

[X] For service on **Limited Liability Company (LLC)**: by delivering a copy of the summons and a copy of the petition to:

[ ] The Registered Agent: _____ (name) _____ (title).

[X] An Authorized Person: Mary Rutledge (name) the Manager (title).

[ ] An Organizer: _____ (name) _____ (title).

[ ] Non-Est Reason: _____

---

Served at _____ # 55 PRODUCE ROW _____ (address)

in **(City of St. Louis)**, MO, on 2-27-20 (date) at _____ 8 10 A.M. _____ (time).

BRIAN JONES                              1.3...537    3-25-20

Print name of Sheriff or Server          Signature of Sheriff or Server

---

A copy of the execution must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**FILED AS A POOR PERSON**

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>REX M BURLISON | Case Number:  2022-CC00389 |
| | Special Process Server 1 |
| Plaintiff/Petitioner:<br>KEITH YOUNG | Plaintiff's/Petitioner's Attorney/Address<br>KEITH YOUNG<br>5449 CLEXTON |
| vs. | ST. LOUIS, MO 63120 | Special Process Server 2 |
| | | Special Process Server 3 |
| Defendant/Respondent:<br> UNITED FRUIT & PRODUCE CO | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to:   UNITED FRUIT & PRODUCE CO
                            Alias:

**55 PRODUCE ROW**
**SAINT LOUIS, MO 63102**



COURT SEAL OF

CIRCUIT COURT OF MISSOURI

CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**February 25, 2020**

_____          _____
         Date                                    Clerk
Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server               Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____          _____
                                  Date                        Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $    10.00    |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on each defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

VERNON BETTS

315-158 (Rev 7/17)

W/F35

**SHERIFF**
CITY OF ST. LOUIS
CIVIL COURTS BUILDING
10 NORTH TUCKER BOULEVARD
ST. LOUIS, MISSOURI 63101
622-4851

DIV # 1

## Return of Service on Summons/Petition and Subpoena

**Defendant** FRUIT & VEGETABLE UNITED PACKAGING CO.

**Doc. ID Number** 20-SMCC-1125

**Address** 55 PRODUCE ROW

**Case Number** 2022-CC00389

**Executed:** [X] Summons / Petition      [ ] Subpoena

I hereby certify that I served the within **summons and petition** by:

[ ] Subpoena   **How Served:** _____

[ ] Posting copy of Summons and copy of Petition, to dwelling listed on above address.

[ ] Delivering a copy of the summons and a copy of the petition, to the Defendant/Respondent.
**How Served:** _____

[ ] Leaving a copy of the summons and a copy of the petition, at the dwelling place or usual abode of the Defendant/Respondent with a family member over the age of 15 years _____

[ ] Non-Est Reason: _____

[ ] For service on a **Corporation/Partnership**: by delivering a copy of the Eviction/Replevin/Writ of Possession to

[ ] An Agent and/or Appointed Agent: _____ (name) _____ (title).

[ ] A Partner: _____ (name) _____ (title).

[ ] A Managing or General Agent: _____ (name) _____ (title).

[ ] The person in charge of defendant's business office _____ (name)
_____ (title).

[ ] The Registered Agent: _____ (name) _____ (title).

[ ] Non-Est Reason: _____

[X] For service on **Limited Liability Company (LLC)**: by delivering a copy of the summons and a copy of the petition to:

[ ] The Registered Agent: _____ (name) _____ (title).

[X] An Authorized Person: Mary Rutledge (name) the Manager (title).

[ ] An Organizer: _____ (name) _____ (title).

[ ] Non-Est Reason: _____

Served at _____55 PRODUCE ROW_____ (address)

in **(City of St. Louis)**, MO, on _2-27-20_ (date) at _8:10 A.M._ (time).

BRIAN JONES                          1537                    3-25-20
Print name of Sheriff or Server          Signature of Sheriff or Server

A copy of the execution must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

FILED AS A POOR PERSON

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC00389 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>KEITH YOUNG<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>KEITH YOUNG<br>5449 CLEXTON<br>ST. LOUIS, MO 63120 | Special Process Server 2<br><br>Special Process Server 3 |
| Defendant/Respondent:<br>UNITED FRUIT & PRODUCE CO | Court Address:<br>CIVIL COURTS BUILDING | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | 10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **FRUIT & VEGETABLE UNITED PACKAGING CO**
Alias:

**55 PRODUCE ROW**
**SAINT LOUIS, MO 63102**

COURT SEAL OF

CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**February 25, 2020**

_____
Date
Further Information:

_Thomas Kloppinger_
_____
Clerk

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

_(Seal)_

My commission expires: _____
Date

_____
Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $ _____ | |
| Non Est | $ _____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $ 10.00 | |
| Mileage | $ _____ | ( _____ miles @ $. _____ per mile) |
| **Total** | $ _____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# VERNON BETTS

3/5   315-168 (Rev 7/17)

**SHERIFF**
CITY OF ST. LOUIS
CIVIL COURTS BUILDING
10 NORTH TUCKER BOULEVARD
ST. LOUIS, MISSOURI 63101
622-4851

W/F 35                                    DIV # 1

## Return of Service on Summons/Petition and Subpoena

**Defendant** MARY RUTLEDGE          **Doc. ID Number** 20-SMCC-1126

**Address** 55 PRODUCE ROW          **Case Number** 2012-CC00389

**Executed:**    [X] Summons / Petition          [ ] Subpoena

---

I hereby certify that I served the within **summons and petition** by:

[ ] Subpoena    **How Served:** _____

[ ] Posting copy of Summons and copy of Petition, to dwelling listed on above address.

[X] Delivering a copy of the summons and a copy of the petition, to the Defendant/Respondent.
   **How Served:** _____

[ ] Leaving a copy of the summons and a copy of the petition, at the dwelling place or usual abode of the Defendant/Respondent with a family member over the age of 15 years _____

[ ] Non-Est Reason: _____

---

[ ] For service on a **Corporation/Partnership**: by delivering a copy of the Eviction/Replevin Writ of Possession to

[ ] An Agent and/or Appointed Agent: _____ (name) _____ (title).

[ ] A Partner: _____ (name) _____ (title).

[ ] A Managing or General Agent: _____ (name) _____ (title).

[ ] The person in charge of defendant's business office _____ (name) _____ (title).

[ ] The Registered Agent: _____ (name) _____ (title).

[ ] Non-Est Reason: _____

---

[ ] For service on **Limited Liability Company (LLC)**: by delivering a copy of the summons and a copy of the petition to:

[ ] The Registered Agent: _____ (name) _____ (title).

[ ] An Authorized Person: Mary Rutledge (name) the manager (title).

[ ] An Organizer: _____ (name) _____ (title).

[ ] Non-Est Reason: _____

---

Served at 55 PRODUCE ROW _____ (address)

in (**City of St. Louis**), MO, on 2-27-20 (date) at 7.55 A.M. (time).

BRIAN JONES                              137 537    3-25-20
Print name of Sheriff or Server          Signature of Sheriff or Server

---

A copy of the execution must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**FILED AS A POOR PERSON**

# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| **Judge or Division:**<br>REX M BURLISON | **Case Number: 2022-CC00389** |

| | | |
|---|---|---|
| **Plaintiff/Petitioner:**<br>KEITH YOUNG | **Plaintiff's/Petitioner's Attorney/Address**<br>KEITH YOUNG<br>5449 CLEXTON<br>ST. LOUIS, MO 63120 | Special Process Server 1<br><br>Special Process Server 2<br><br>Special Process Server 3 |
| | vs. | |
| **Defendant/Respondent:**<br>UNITED FRUIT & PRODUCE CO | **Court Address:**<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| **Nature of Suit:**<br>CC Employmnt Discrmntn 213.111 | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to: MARY RUTLEDGE**
    **Alias:**

**55 PRODUCE ROW**
**SAINT LOUIS, MO 63102**

**COURT SEAL OF**

*(seal)* CIRCUIT COURT OF MISSOURI

**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**February 25, 2020**

_____
Date

_____
Further Information:

*Thomas Kloppinger*
_____
Clerk

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date

_____
Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ ( _____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

w/F35

# VERNON BETTS

OSCA (Rev 7/17)

**SHERIFF**
CITY OF ST. LOUIS
CIVIL COURTS BUILDING
10 NORTH TUCKER BOULEVARD
ST. LOUIS, MISSOURI 63101
622-4851

DIV # 1

## Return of Service on Summons/Petition and Subpoena

**Defendant** JOHN DOE    **Doc. ID Number** 20-SMCC-1127

**Address** 55 PRODUCE ROW    **Case Number** 2012-CC00389

**Executed:** [X] **Summons / Petition**    [ ] **Subpoena**

I hereby certify that I served the within **summons and petition** by:

[ ] Subpoena  **How Served:** _____

[ ] Posting copy of Summons and copy of Petition, to dwelling listed on above address.

[ ] Delivering a copy of the summons and a copy of the petition, to the Defendant/Respondent.
  **How Served:** _____

[ ] Leaving a copy of the summons and a copy of the petition, at the dwelling place or usual abode of the Defendant/Respondent with a family member over the age of 15 years _____

[ ] Non-Est Reason: _____

[ ] For service on a **Corporation/Partnership**: by delivering a copy of the Eviction/Replevin/Writ of Possession to

  [ ] An Agent and/or Appointed Agent: _____ (name) _____ (title).
  [ ] A Partner: _____ (name) _____ (title).
  [ ] A Managing or General Agent: _____ (name) _____ (title).
  [ ] The person in charge of defendant's business office _____ (name) _____ (title).
  [ ] The Registered Agent: _____ (name) _____ (title).

[ ] Non-Est Reason: _____

[X] For service on **Limited Liability Company (LLC)**: by delivering a copy of the summons and a copy of the petition to:

  [ ] The Registered Agent: _____ (name) _____ (title).
  [X] An Authorized Person: Mary Rutledge (name) HR Manager (title).
  [ ] An Organizer: _____ (name) _____ (title).

[ ] Non-Est Reason: _____

Served at #55 PRODUCE ROW _____ (address)

in **(City of St. Louis)**, MO, on 2-27-20 (date) at 8:16 A.M. (time).

BRIAN JONES    537   3-25-20
**Print name of Sheriff or Server**    **Signature of Sheriff or Server**

A copy of the execution must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

SPECIAL PROCESS SERVER

| Judge or Division: | Case Number: 2022-CC00389 | Special Process Server 1 |
| REX M BURLISON | | |
| Plaintiff/Petitioner: | Plaintiff's/Petitioner's Attorney/Address | Special Process Server 2 |
| KEITH YOUNG | KEITH YOUNG | |
| | 5449 CLEXTON | |
| | vs. | ST. LOUIS, MO 63120 | Special Process Server 3 |
| Defendant/Respondent: | Court Address: | |
| UNITED FRUIT & PRODUCE CO | CIVIL COURTS BUILDING | |
| Nature of Suit: | 10 N TUCKER BLVD | |
| CC Employmnt Discrmntn 213.111 | SAINT LOUIS, MO 63101 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: JOHN DOE
**Alias:**

**55 PRODUCE ROW**
**SAINT LOUIS, MO 63102**

**COURT SEAL OF**

CIRCUIT COURT OF MISSOURI

**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**February 25, 2020**

_____                    _____
Date                                          Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
                        Date                           Notary Public

**Sheriff's Fees, if applicable**

| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $    10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**VERNON BETTS**

W/F 35

**SHERIFF**
CITY OF ST. LOUIS
CIVIL COURTS BUILDING
10 NORTH TUCKER BOULEVARD
ST. LOUIS, MISSOURI 63101
622-4851

DIV # 1

315-168 (Rev 7/17)

## Return of Service on Summons/Petition and Subpoena

**Defendant** RE POLY LLC          **Doc. ID Number** 2 )-SMCC-1128

**Address** 55 PRODUCE ROW          **Case Number** 2022-CC00389

**Executed:**   [X] **Summons / Petition**   [ ] **Subpoena**

I hereby certify that I served the within **summons and petition** by:

[ ] Subpoena   **How Served:** _____

[ ] Posting copy of Summons and copy of Petition, to dwelling listed on above address.

[ ] Delivering a copy of the summons and a copy of the petition, to the Defendant/Respondent.
**How Served:** _____

[ ] Leaving a copy of the summons and a copy of the petition, at the dwelling place or usual abode of the Defendant/Respondent with a family member over the age of 15 years _____

[ ] Non-Est Reason: _____

[ ] For service on a **Corporation/Partnership**: by delivering a copy of the Eviction/Replevin/Writ of Possession to
  [ ] An Agent and/or Appointed Agent: _____(name) _____(title).
  [ ] A Partner: _____(name) _____(title).
  [ ] A Managing or General Agent: _____(name) _____(title).
  [ ] The person in charge of defendant's business office _____(name) _____(title).
  [ ] The Registered Agent: _____(name) _____(title).
[ ] Non-Est Reason: _____

[X] For service on **Limited Liability Company (LLC)**: by delivering a copy of the summons and a copy of the petition to:

  [ ] The Registered Agent: _____(name) _____(title).
  [X] An Authorized Person: Mary Rutledge (name) HR Manager (title).
  [ ] An Organizer: _____(name) _____(title).
[ ] Non-Est Reason: _____

Served at   #55 PRODUCE ROW _____ (address)
in **(City of St. Louis)**, MO, on 2-27-20 (date) at   8.16 A.M. (time).

BRIAN JONES                          537   3-25-20
Print name of Sheriff or Server      Signature of Sheriff or Server

A copy of the execution must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

FILED AS A POOR PERSON

# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC00389 | |
|---|---|---|
| Plaintiff/Petitioner:<br>KEITH YOUNG | Plaintiff's/Petitioner's Attorney/Address<br>KEITH YOUNG<br>5449 CLEXTON<br>ST. LOUIS, MO 63120 | Special Process Server 1 |
| | | Special Process Server 2 |
| vs. | | Special Process Server 3 |
| Defendant/Respondent:<br>UNITED FRUIT & PRODUCE CO | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to: RE POLY LLC**
               **Alias:**

55 PRODUCE ROW
SAINT LOUIS, MO 63102



COURT SEAL OF

CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

      **February 25, 2020**

_____      _____
      Date                                           Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____ , a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
  Printed Name of Sheriff or Server                       Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

                   Subscribed and sworn to before me on _____ (date).

*(Seal)*

                   My commission expires: _____     _____
                                           Date                         Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



**VERNON BETTS** 315-168 (Rev 7/17)

### SHERIFF
CITY OF ST. LOUIS
CIVIL COURTS BUILDING
10 NORTH TUCKER BOULEVARD
ST. LOUIS, MISSOURI 63101
622-4851

*W/F35*                                        *DIV # 1*

## Return of Service on Summons/Petition and Subpoena

**Defendant** _ROMMEL LOPEZ_          **Doc. ID Number** _20-SMCC-1129_

**Address** _55 PRODUCE ROW_          **Case Number** _2022-CC00389_

**Executed:**   [X] **Summons / Petition**          [ ] **Subpoena**

I hereby certify that I served the within **summons and petition** by:

[ ] Subpoena   **How Served:** _____

[ ] Posting copy of Summons and copy of Petition, to dwelling listed on above address.

[ ] Delivering a copy of the summons and a copy of the petition, to the Defendant/Respondent.
**How Served:** _____

[ ] Leaving a copy of the summons and a copy of the petition, at the dwelling place or usual abode of the Defendant/Respondent with a family member over the age of 15 years _____

[ ] Non-Est Reason: _____

[ ] For service on a **Corporation/Partnership**: by delivering a copy of the Eviction/Replevin, Writ of Possession to

   [ ] An Agent and/or Appointed Agent: _____ (name) _____ (title).

   [ ] A Partner: _____ (name) _____ (title).

   [ ] A Managing or General Agent: _____ (name) _____ (title).

   [ ] The person in charge of defendant's business office _____ (name)
   _____ (title).

   [ ] The Registered Agent: _____ (name) _____ (title).

[ ] Non-Est Reason: _____

[X] For service on **Limited Liability Company (LLC)**: by delivering a copy of the summons and a copy of the petition to:

   [ ] The Registered Agent: _____ (name) _____ (title).

   [X] An Authorized Person: _Mary Rutledge_ (name) _the Manager_ (title).

   [ ] An Organizer: _____ (name) _____ (title).

[ ] Non-Est Reason: _____

Served at ___ _#55 PRODUCE ROW_ _____ (address)

in (City of St. Louis), MO, on _2-27-20_ (date) at _8:0 AM._ (time).

_BRIAN JONES_                            _[signature]_ 337   _3.25.20_
Print name of Sheriff or Server          Signature of Sheriff or Server

A copy of the execution must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

FILED AS A POOR PERSON

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC00389 | |
|---|---|---|
| Plaintiff/Petitioner:<br>KEITH YOUNG | Plaintiff's/Petitioner's Attorney/Address<br>KEITH YOUNG<br>5449 CLEXTON | Special Process Server 1 |
| vs. | ST. LOUIS, MO 63120 | Special Process Server 2 |
| Defendant/Respondent:<br>UNITED FRUIT & PRODUCE CO | Court Address:<br>CIVIL COURTS BUILDING | Special Process Server 3 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | 10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: ROMMEL LOPEZ
          Alias:

55 PRODUCE ROW
SAINT LOUIS, MO 63102



COURT SEAL OF

CIRCUIT COURT OF MISSOURI

CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

February 25, 2020

_____                    _____
          Date                                      Clerk
Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:

_____ (name) _____ (title).

☐ other: _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server              Signature of Sheriff or Server

          Must be sworn before a notary public if not served by an authorized officer:

          Subscribed and sworn to before me on _____ (date).

(Seal)

          My commission expires: _____
                              Date                         Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $    10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.